IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JUSTIN JEROME HARDIE, #257758, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:18-CV-612-WKW [WO] |
| OFFICER MASSEY, OFFICER WILSON, and WALTER POSEY, | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On July 25, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been made. (Doc. # 6.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 6) is ADOPTED and that this case is DISMISSED without prejudice for failure of Plaintiff to file necessary financial information as ordered by the court.

Final judgment will be entered separately.

DONE this 16th day of August, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE